## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINE LAMBERT,** <br> Plaintiff, <br><br> vs. <br><br><br> **RSB EQUITY GROUP, LCC; and** <br> **DOES 1 through 10, inclusive,** <br> Defendant, | **Case No. 2:13-cv-01513-BMS** |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to FRCP 41a(1), Plaintiff, CHRISTINE LAMBERT, by and though her attorney, hereby voluntarily dismisses the above-entitled case without prejudice.

DATED: October 25, 2013                    RESPECTFULLY SUBMITTED,

s/Lawrence S Rubin
Lawrence S. Rubin, Esq.
337 W. State Street
Media, PA 19063-2615
T: 610-565-6660
F: 610-565-1912
E: lrubin@pennlawyer.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, RSB EQUITY GROUP, LCC, at the address stated below, which is the last known address of said Defendant, and deposited said envelope in the United States mail.

RSB EQUITY GROUP, LCC
2100 Parklake Drive, Suite E
Atlanta, Georgia 30345

By: _____
Lawrence S. Rubin, Esq.